Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

JAMES G. CRESPO, Respondent, v. MORRIS GERBER and MORTIMER A. HUSTED, JR., Appellants.— Motion to consolidate appeals denied, with ten dollars costs. Motion for stay denied, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

JAMES G. CRESPO, Respondent, v. MORRIS GERBER and MORTIMER A. HUSTED, JR., Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

LORENZO FIORENTINO, Respondent, v. ANNA MCCLELLAN, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for Monday, May 7, 1928 (for which day the case is set down), and be ready for argument when reached; the case, in so far as may be necessary to make up the lost parts of the stenographer's minutes, to be settled on affidavits; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

DAVID GOLDSTEIN, Respondent, v. JACK HAMER, Appellant.— Motion to dismiss appeal denied, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ADA S. GRANT, Respondent, v. LOUIS G. KUSTAS, GEORGE G. KUSTAS and PETER CHAMBERAS, Appellants.— Motion for stay denied upon condition that, within five days from the entry of the order herein, respondent furnish a bond with corporate surety in the sum of $1,000, to provide for the restoring of the wall in the event that this court reverse the judgment herein directing its removal; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MICHAEL HALLORAN and DIEGO PACCIONE, Appellants, v. N. & C. CONTRACTING COMPANY, Respondent.— Motion to resettle order dated February 6, 1928, granted, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

SARAH HIRSH, Respondent, v. CHARLES E. HIRSH, Appellant.— Motion for stay pending appeal granted upon condition that appellant perfect the appeal for the April, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

SARAH HIRSH, Respondent, v. CHARLES E. HIRSH, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the April, 1928, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that, within five days from the entry of the order herein, appellant give a bond with corporate surety in the sum of $750 to secure the payment of costs to respondent in the event that she be successful on the final determination of this appeal; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Acting by and through the Commissioner of Docks, Relative to Acquiring Right and Title to and Possession of Certain Real Property, etc., on Upper New York Bay between Simonson Avenue, Clifton, and Arrietta Street, Tompkinsville, in